**No. 10-10331. Ruben Nava, Petitioner v. Brian Haws, Warden.**

565 U.S. 834, 132 S. Ct. 135, 181 L. Ed. 2d 55, 2011 U.S. LEXIS 5476.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 23.